**United States Bankruptcy Court**
**Northern District of Mississippi**

| | | |
|---|---|---|
| In re   **Marlon Jones** | Case No. | **18-10903** |
| Debtor(s) | Chapter | **13** |

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 11, 2018**, a copy of  **Agreed Order Rescheduling Section 341 Meeting of Creditors, Extending Deadline for Objection to Confirmation and Resetting Confirmation Hearing; Objection Deadline is July 5, 2017; Confirmation Hearing is set for July 17, 2018 at 1:30 p.m. at the U.S. Federal Building, 911 Jackson Avenue, Oxford, MS  38655** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**1st Franklin Financial**
**PO Box 1820**
**Olive Branch, MS 38654-0995**

**Chrysler Capital**
**C/O Bankruptcy Department**
**PO Box 961278**
**Fort Worth, TX 76161-0278**

**Chrysler Capital**
**PO Box 961275**
**Fort Worth, TX 76161-0275**

**Desoto County Circut Court**
**2535 Highway 51 S**
**Hernando, MS 38632-2132**

**First Heritage Credit**
**105 E. Van Dorn Avenue**
**Holly Springs, MS 38635**

**First Metropolitan Financial Serv.**
**3002 F Hwy 72 E**
**Corinth, MS 38834**

**Locke D. Barkley**
**Chapter 13 Trustee**
**6360 I 55 N Ste 140**
**Jackson, MS 39211-2038**

**Marshall County Justice Court**
**Post Office Drawer 729**
**Holly Springs, MS 38635**

**Republic Finance, LLC**
**8230 Camp Creek Rd Ste 106**
**Olive Branch, MS 38654-1682**

**Sprint**
**Attn:  Bankruptcy Department**
**Post Office Box 7949**
**Overland Park, KS 66207**

**United Credit Corp Of Southaven**
**1306 Goodman Rd E Ste 105**
**Southaven, MS 38671-9545**

**W. Ray Jamieson, Esq.**
**Post Office Box 11599**
**Memphis, TN 38111**

**/s/ Robert H. Lomenick**
**Robert H. Lomenick 104186**
**Schneller & Lomenick, P.A.**
**126 North Spring Street**
**Post Office Box 417**
**Holly Springs, MS 38635**
**662-252-3224Fax:662-252-2858**
**karen.schneller@gmail.com**